**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

DANY DONALDO HERNANDEZ CHAVARRIA

CIVIL ACTION NO. 26-1711

VERSUS

JUDGE S. MAURICE HICKS, JR.

U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, ET AL.

MAGISTRATE JUDGE LEBLANC

**MEMORANDUM ORDER**

Before the Court are a Habeas Petition (Record Document 1) and an Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Record Document 2) filed by Petitioner Dany Donaldo Hernandez Chavarria ("Petitioner"). The Court had previously set a telephone status conference for Friday, May 29, 2026 at 11:00 a.m. to discuss Petitioner's emergency motion in light of his serious medical condition.

On May 26, 2026, Respondents filed a Notice of Removal Petitioner informing the Court that Petitioner was removed from the United States to his native country of Guatemala on May 24, 2026. See Record Document 4. Because Petitioner has been removed and is no longer in ICE custody, his habeas petition and emergency motion are now **MOOT**. See, e.g., Oguntuyi v. Manuel, No. 2:24-CV-1069, 2025 WL 2399184, at *2 (W.D. La. July 21, 2025), report and recommendation adopted, No. 2:24-CV-1069, 2025 WL 2398645 (W.D. La. Aug. 18, 2025) ("Here, Petitioner challenged the lawfulness of his continued detention. Because Petitioner is no longer detained and has been removed from the United States, the § 2241 petition is moot."); Francis v. Lynch, 622 F. App'x 455, 455-56 (5th Cir. 2015) (challenge to length of detention awaiting removal became moot

when the petitioner was removed); <u>Odus v. Ashcroft</u>, 61 F. App'x 121 (5th Cir. 2003) (same).   Accordingly,

**IT IS ORDERED** that Petitioner's Habeas Petition (Record Document 1) and the Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Record Document 2) are **DENIED AS MOOT**.  The telephone status conference set for May 29, 2026 is **UPSET**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 27th day of May, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE

2